**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

EDMUNDO MONTGOMERY RANCE,

      Petitioner,

vs.                                                        CASE NO.  5:05cv103-SPM/MD

JOSE BARRON and ALBERTO
GONZALEZ,

      Respondents.

_____/

**ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated February 28, 2006 (doc. 13).  Petitioner  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2.      The petition for writ of habeas corpus is denied without prejudice to

Petitioner's opportunity to refile after exhausting administrative remedies.

DONE AND ORDERED this 29th day of June, 2006.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge